DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GERALD SCOTT,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY BOARD OF TRUSTEES,**
Appellee.

No. 4D18-1835

[April 25, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward L. Artau, Judge; L.T. Case No. 502013CA0015372.

Gerald Scott, Boca Raton, pro se.

Carri S. Leininger of Williams, Leininger & Crosby, P.A., North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***